402 A.2d 1080

Raitport, Appellant, v. Wachtfogel et al.

Submitted September 13, 1978. No appearance entered for appellant. Gary W. Calvin, for appellees.

Before PRICE, HESTER and HOFFMAN, JJ.

Judgment of non pros affirmed.

402 A.2d 1080

Roth, a minor, Appellant, v. White.

Argued December 5, 1978. Libro G. Taglianetti, Jr., for appellant. Daniel Maxymuik, for appellee.

Before CERCONE, HESTER and HOFFMAN, JJ.

Order affirmed.